UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| RIGINALD HARDIN, | ) | |
| | ) | |
| Petitioner, | ) | Case No. EDCV 13-1024 BRO (AJW) |
| | ) | |
| v. | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| J. SOTO, WARDEN, | ) | RECOMMENDATION OF |
| | ) | MAGISTRATE JUDGE |
| Respondent. | ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation of Magistrate Judge ("Supplemental Report"), petitioner's objections to report and recommendation, respondent's reply to petitioner's objections, and petitioner's reply to respondent's reply to petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: November 3, 2014

_____
Beverly Reid O'Connell
United States District Judge