UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| RIGINALD HARDIN, | ) | Case No. EDCV 13-1024-BRO(AJW) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: November 3, 2014

_____
Beverly Reid O'Connell
United States District Judge